UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------

GEM YIELD BAHAMAS LIMITED,

                              Plaintiff,

        -against-                                                25-CV-2271

REALPHA TECH CORP., etc.,

                              Defendants.

------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge*.

        Jurisdiction is invoked pursuant to 28 U.S.C. §§ 1332. The complaint fails adequately to allege the existence of subject matter jurisdiction because, perhaps among other things, it fails adequately to allege:

- ☐ The citizenship of one or more natural persons. *See, e.g., Sun Printing & Publishing Ass'n v. Edwards*, 194 U.S. 377 (1904); *Leveraged Leasing Administration Corp. v. PacifiCorp Capital, Inc.*, 87 F.3d 44 (2d Cir. 1996).

- ☐ The citizenship of one or more corporations. *See* 28 U.S.C. § 1332(c)(1).

- ☐ The citizenship of one or more partnerships. *See Carden v. Arkoma Assocs.*, 494 U.S. 195 (1990).

- ☑ The exact nature and, depending upon the exact nature, the citizenship of an alleged Bahamian entity. *See Handlesman v. Bedford Village Green Assocs. L.P.*, 213 F.3d 48, 52 (2d Cir. 2000).

        Absent the filing, on or before April 1, 2025 of an amended complaint adequately alleging the existence of subject matter jurisdiction, this action will be dismissed for lack of subject matter jurisdiction.

        SO ORDERED.

Dated:    March 25, 2025

                                                                   Lewis A. Kaplan
                                                              United States District Judge