USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-17-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEM Yield Bahamas Limited,

Plaintiff,

25-CV-2271 (LAK)

v.

Realpha Tech Corp.,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

The parties have filed a Notice of Settlement (DI 36) on the docket. Accordingly, the case is dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before, October 29, 2026, if the settlement is not executed by then.

DATED: September 16, 2026

Lewis A. Kaplan
United States District Judge